**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 21, 2025.**



**In The**

# Fifteenth Court of Appeals

---

### NO. 15-25-00002-CV

---

### IN RE SYNERGY GLOBAL OUTSOURCING, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Business Court Division 1B**
**Dallas County, Texas**
**Trial Court Cause No. 24-BC01B-0007**

---

### MEMORANDUM OPINION

Relator Synergy Global Outsourcing, LLC, filed a petition for writ of mandamus in this Court[1] to compel the presiding judge of the Business Court Division 1B of Dallas County to withdraw his order remanding the underlying case

---

[1]　*See* TEX. GOV'T CODE § 22.221; *see also* TEX. R. APP. P. 52.

to the district court where it was originally filed.[2] Synergy argues that the judge abused his discretion by concluding the business court does not have jurisdiction because the case was filed before September 1, 2024. [Pet. at 12]. For the reasons set out today in No. 15-24-0131-CV, *In re ETC Field Services, LLC*, we deny Synergy's similar petition for writ of mandamus.

/s/ Scott A. Brister
Scott A. Brister
Chief Justice

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[2] The underlying case is *Synergy Global Outsourcing, LLC, v. Hinduja Global Solutions, Inc. and HGS Healthcare, LLC*, Cause No. 24-BC01B-0007, in the Texas Business Court, First Division, the Honorable Bill Whitehill presiding.